| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Jonathan Logan Cummings<br>First Name   Middle Name   Last Name | **Social Security number or ITIN:** xxx–xx–7959<br>**EIN:** _ _ – _ _ _ _ _ _ _ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | **Social Security number or ITIN:** _ _ _ _<br>**EIN:** _ _ – _ _ _ _ _ _ _ | |
| **United States Bankruptcy Court:** Western District of Virginia | | **Date case filed for chapter:** 7   4/6/22 | |
| **Case number:** 22–70199 | | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jonathan Logan Cummings | |
| 2. | **All other names used in the last 8 years** | fdba Kind Roots Cafe, fdba Local C&C, LLC | |
| 3. | **Address** | 828–1 McBryde Drive<br>Blacksburg, VA 24060 | |
| 4. | **Debtor's attorney**<br>Name and address | Heather Parsons<br>Giles & Lambert, P.C.<br>P.O. Box 2780<br>Roanoke, VA 24001 | Contact phone 540–981–9000<br>Email: hparsons@gileslambert.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven L Higgs(443448)<br>Steven L. Higgs, P.C.<br>9 Franklin Road, SW<br>Roanoke, VA 24011–2403 | Contact phone 540–400–7990<br>Email: trustee@higgslawfirm.com,admin@higgslawfirm.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Jonathan Logan Cummings**     Case number **22–70199**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Roanoke Division<br>210 Church Ave, Room 200<br>Roanoke, VA 24011 | Hours open:<br>8:00 a.m. – 4:30 p.m.<br><br>Contact phone 540–857–2391<br><br>Date: 4/6/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 11, 2022 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**See attached list for meeting participation details.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/11/22** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

| Bridge Line | Chapter | Trustee | Instructions | Meeting Contact | Meeting Code |
|---|---|---|---|---|---|
|  | 13 | Beskin | Zoom | Zoom ID: 852 568 9053 | Password: 341meeting |
|  | 13 | Micale | Zoom | Zoom ID: 603 226 2142 | Password: 341meeting |
| 3 | 7 | Callahan | By Telephone | 877–934–5491 | 9319497# |
| 4 | 7 | Farthing | By Telephone | 877–953–6090 | 8983497# |
| 5 | 7 | Goldstein | By Telephone | 877–492–0156 | 7313672# |
| 6 | 7 | Higgs | By Telephone | 877–960–3871 | 4647388# |
| 7 | 7 | Hutman | By Telephone | 866–527–4091 | 8515643# |
| 9 | 7 | Scott | By Telephone | 877–491–5685 | 9012607# |
| 10 | 7 | Stevens | By Telephone | 877–953–5197 | 7811951# |
| 11 | 7 | Vogel | By Telephone | 877–953–5927 | 9995849# |
| 1 |  | UST Roanoke Office | By Telephone | 877–451–9313 | 9499523# |

**Zoom Instructions:**

Five minutes before the scheduled time, go to: **zoom.us/join** and enter the Zoom ID and password listed next to the presiding trustee. Mute your mic until your case is called. Participants not able to log in may call **1–301–715–8592** and enter the Zoom ID and password listed next to the presiding trustee. Place your phone on mute until your case is called.

**Telephonic Instructions:**

Five minutes before the scheduled time, dial the call–in number and enter the passcode listed next to the presiding trustee. Place your phone on mute until your case is called.

United States Bankruptcy Court

Western District of Virginia

In re:  
Jonathan Logan Cummings  
Debtor

Case No. 22-70199-pmb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0423-7 | User: admin | Page 1 of 2
Date Rcvd: Apr 06, 2022 | Form ID: 309A | Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Logan Cummings, 828-1 McBryde Drive, Blacksburg, VA 24060-3264 |
| 5068124 | + | Carl & Linda Cummings, 929 Maury River Road, Lexington, VA 24450-3402 |
| 5068126 | | Commonwealth of VA, Dept. of Taxation, P.O. Box 27407, Richmond, VA 23261-7407 |
| 5068127 | + | Credit Control Corporation, Attn: Bankruptcy, Po Box 120570, Newport News, VA 23612-0570 |
| 5068131 | + | LewisGale Physicians, P.O. Box 668, Brentwood, TN 37024-0668 |
| 5068137 | + | Sarah Cook, 828-1 McBryde Drive, Blacksburg, VA 24060-3264 |
| 5068140 | + | Tenaglia & Hunt, 395 West Passaic St, Suite 205, Rochelle Park, NJ 07662-3016 |
| 5068141 | + | UVA Health, PO Box 9007, Charlottesville, VA 22906-9007 |
| 5068142 | + | Vincent Aubrey, 1170 Peachtree Street N.E., Suite 1925, Atlanta, GA 30309-7677 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: hparsons@gileslambert.com | Apr 06 2022 20:46:00 | Heather Parsons, Giles & Lambert, P.C., P.O. Box 2780, Roanoke, VA 24001 |
| tr | | EDI: BSLHIGGS.COM | Apr 07 2022 02:38:00 | Steven L Higgs(443448), Steven L. Higgs, P.C., 9 Franklin Road, SW, Roanoke, VA 24011-2403 |
| ust | + | Email/Text: ustpregion04.rn.ecf@usdoj.gov | Apr 06 2022 20:46:00 | USTrustee, Office of the United States Trustee, 210 First Street, Suite 505, Roanoke, VA 24011-1620 |
| 5068115 | + | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 20:54:58 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5068116 | + | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 20:54:56 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5068118 | + | EDI: BANKAMER.COM | Apr 07 2022 02:38:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5068117 | + | EDI: BANKAMER.COM | Apr 07 2022 02:38:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5068123 | | Email/Text: Data_Management@carilionclinic.org | Apr 06 2022 20:46:00 | Carilion Clinic, PO Box 13966, Roanoke, VA 24038 |
| 5068128 | | Email/Text: bankruptcy@credcontrol.com | Apr 06 2022 20:46:00 | Credit Control Corporation, 11821 Rock Landing Drive, Newport News, VA 23612 |
| 5068119 | + | EDI: CAPITALONE.COM | Apr 07 2022 02:38:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5068122 | + | EDI: CAPITALONE.COM | Apr 07 2022 02:38:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 5068121 | + | EDI: CAPITALONE.COM | Apr 07 2022 02:38:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5068125 | + | EDI: CITICORP.COM | Apr 07 2022 02:38:00 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |

| District/off: 0423-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: 309A | Total Noticed: 33 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5068129 | + | EDI: IRS.COM | Apr 07 2022 02:38:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5068132 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 20:54:54 | LVNV Funding LLC, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5068130 | | Email/PDF: HCABKNotifications@resurgent.com | Apr 06 2022 20:54:54 | LewisGale Hospital Montgomery, P.O. Box 740760, Cincinnati, OH 45274-0760 |
| 5068133 | | EDI: PARALONMEDCREDT | Apr 07 2022 02:38:00 | Medicredit, P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 5068134 | + | Email/Text: bankruptcy@ondeck.com | Apr 06 2022 20:46:00 | On Deck Capital Inc., 901 N. Stuart Street, Suite 700, Arlington, VA 22203-4129 |
| 5068135 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 20:54:56 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5068136 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 20:54:56 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 5068138 | + | Email/Text: courts@scott-pc.com | Apr 06 2022 20:46:00 | Scott & Associates, PC, PO Box 115220, Carrollton, TX 75011-5220 |
| 5068139 | + | Email/Text: bankruptcynotices@squareup.com | Apr 06 2022 20:46:00 | Square Capital, 1455 Market Street, Suite 600, San Francisco, CA 94103-1332 |
| 5068140 | + | Email/Text: ClericalSupport@tenagliahunt.com | Apr 06 2022 20:46:00 | Tenaglia & Hunt, 395 West Passaic St, Suite 205, Rochelle Park, NJ 07662-3016 |
| 5068144 | + | EDI: WFFC.COM | Apr 07 2022 02:38:00 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 5068143 | + | EDI: WFFC.COM | Apr 07 2022 02:38:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5068120 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022     Signature:     /s/Gustava Winters